AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
### NORTHERN FILED District of CALIFORNIA, OAKLAND DIVISION

| UNITED STATES OF AMERICA AUG 2 9 2008 | COMMITMENT TO ANOTHER |
|---|---|
| V. | DISTRICT |
| CAROLYN KRAVETZ | |

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-08-70575-WDB | 08 CR 10251 JLT | 4-08-70575-WDB | 08 CR 10251 JLT |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

XX Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

**charging a violation of** Title 18  U.S.C. § 1341, 981(a)(1)(C), Title 28, U.S.C. Sec. 2461(c),
and  Title 26, U.S.C. Sec. 7206(1)

**DISTRICT OF OFFENSE**
  United States District Court, District of Massachusetts, Boston

**DESCRIPTION OF CHARGES:**

  Mail Fraud;  Subscribing a False Tax Return;  Forfeiture Allegations

**CURRENT BOND STATUS:**

  ☒ Bail Fixed at  $20,000 Unsecured Personal Recognizance (PR) Bond
  Bond shall be transferred  to the District of Offense

  ☒ Other (specify)  On August 29, 2008, the defendant waived her Identity/Removal
  Hearing in the District of Arrest.

**Representation:**    ☐ Retained Own Counsel    XX Federal Defender Organization    ☐ CJA Attorney    ☐ None
for local purposes only

**Interpreter Required?**    ☒ No    ☐ Yes    Language:

NORTHERN    **DISTRICT OF**  CALIFORNIA, OAKLAND DIVISION

    IT IS HEREBY ORDERED that the defendant must report to the U.S. District Court,
District of Massachusetts, Boston before the U.S. Magistrate Judge Leo T. Sorokin on
**Wednesday, September 17, 2008 at 10:00 a.m.** unless otherwise ordered by that Court at
the time to be designated by U.S. Magistrate Judge Leo T. Sorokin, and when summoned by
that District, and to abide by further orders of that Court.

8-29-08
_____
Date

United States Judge or Magistrate Judge WAYNE D. BRAZIL

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

cc: WDB's Stats, Copy to Parties via ECF,
Pretrial Svcs; Certified copies to Atty, Financial
Manager